Prob 19
EDTN78 (6/2000)



# United States District Court
## for the
## EASTERN DISTRICT OF TENNESSEE

RECEIVED BY: HW
DATE: 11·3·22    TIME: 1146
U.S. MARSHAL E/TN
KNOXVILLE, TN

U.S.A. vs. John R Fields            Docket No. 3:15-CR-107-031

TO: ¹Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT | SEX | RACE | AGE | Marshal # |
| John R. Fields | Male | Unknown/ Non-Hispanic | 49 | 48693-074 |
| ADDRESS (STREET, CITY, STATE) <br><br> 1106 James Road <br> Hamilton, Ohio 45013 <br> **last known address** |||||
| SENTENCE IMPOSED BY (NAME OF COURT) <br> United States District Court <br> Eastern District of Tennessee at Knoxville |||||
| CLERK <br> LeAnna R. Wilson | (BY) DEPUTY CLERK | | DATE 11/2/22 ||

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED | | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| NAME | (BY) | | DATE |

FID: 9856478
2374·1103·0179·D

---

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for the EASTERN DISTRICT OF TENNESSEE," or "any United States Marshal, or "Any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."

## UNITED STATES PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** John R. Fields  **Docket Number:** 3:15-CR-00107-031

**Name of Sentencing Judicial Officer:** The Honorable Thomas W. Phillips
United States District Judge

**Name of Presiding Judicial Officer:** The Honorable Katherine A. Crytzer
United States District Judge

**Date of Original Sentence:** March 14, 2016

**Original Offense:** Conspiracy to Distribute 50 Grams or More of Methamphetamine, in violation of Title 21 U.S.C. §§ 846, 841(a)(1), and Title 21 U.S.C. § 841(b)(1)(A)

**Class:** A Felony   **Criminal History Category:** V

**Original Sentence:** 92 months imprisonment, followed by five (5) years supervised release

**Revocation July 7, 2022:** Seven (7) months imprisonment, followed by four (4) years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** October 28, 2022

**Date Supervision Expires:** October 27, 2026

**Assistant U.S. Attorney:** Brent N. Jones

**Defense Attorney:** Benjamin G. Sharp

**Revocation Guideline Range:** 7-13 months   **Statutory Maximum:** 60 months

*******************************************

### PETITIONING THE COURT

The probation officer believes that John R. Fields has violated the following conditions of supervision:

**Violation Number**   **Nature of Noncompliance**

1   **Special Condition #4:** The defendant shall reside in and participate in a Residential Reentry Center approved by the probation office, for up to 120 days after his release

|   |   |
|---|---|
|   | from custody. The defendant shall abide by the rules and requirements of that facility. |
| 2 | **Standard Condition #1:** The defendant must report to the probation office in the federal judicial district where the defendant is authorized to reside within 72 hours of release from imprisonment or of the time you were sentenced, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame. |
| 3 | **Standard Condition #3:** The defendant must not knowingly leave the federal judicial district where the defendant is authorized to reside without first getting permission from the Court or the probation officer. |
| 4 | **Standard Condition #13:** The defendant must follow the instructions of the probation officer related to the conditions of supervision. |

On August 30, 2022, this officer was contacted by Bureau of Prisons (BOP) Case Manager Samuel Benge. Mr. Benge stated Mr. Fields was "hell-bent" on not going to the Residential Reentry Center (RRC) as ordered and asked if Mr. Fields would be required to report to the RRC upon his release. This officer confirmed Mr. Fields would be required to reside at the RRC immediately after his release from the BOP, as per the conditions of his supervision.

On September 22, 2022, this officer received a letter from Mr. Fields. In the letter, Mr. Fields indicated his circumstances had changed, and he "shouldn't have to go to the R.R.C." Mr. Fields stated he had arranged for housing in Morristown and had a job that he could start the Monday after his release. After a review of Mr. Fields' criminal history and history of supervision, this officer decided his best chance of success was with the stability and accountability the RRC could provide.

On October 31, 2022, prior to 9:00 a.m., this officer received a telephone call from Mr. Fields. Mr. Fields said he had been turned away from the RRC on Friday, October 28, 2022, after making contact with the facility around 5:30 p.m. Mr. Fields then informed this officer that he was in Ohio, five (5) hours away. This officer advised he did not have permission to be in Ohio and instructed him to report to the RRC by the end of the day.

Also on October 31, 2022, this officer spoke via telephone with Monica Tillery, Director of the RRC. She told this officer the BOP had contacted their facility around 10:00 a.m. on October 28, 2022, to advise Mr. Fields had been released later than anticipated, but that he was on his way. Ms. Tillery stated she did not hear from Mr. Fields until approximately 5:45 p.m., when he called via telephone and reported he was at an emergency room in Morristown. Ms. Tillery stated she advised him he had been discharged due to his lateness in reporting to their facility. Ms. Tillery agreed to accept Mr. Fields' placement, if he reported by end of the day, as he had been instructed to do by this officer.

On November 1, 2022, this officer spoke via telephone with Monica Tillery. Ms. Tillery stated Mr. Fields did not report on October 31, 2022, as instructed.

| | |
|---|---:|
| **PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION** | Page 3 |
| Re: John R. Fields | Docket Number: 3:15-CR-00107-031 |

**Assessment of Flight/Danger and Bond Recommendation:** Mr. Fields' first term of supervised release was revoked due to use of methamphetamine and cocaine, failure to report for drug screening, and failure to participate in substance abuse treatment as directed by his probation officer. Mr. Fields' instant offense is Conspiracy to Distribute 50 Grams or more of Methamphetamine, and he has an extensive criminal history that includes convictions for Assault, Possession of a Controlled Substance, Receiving Stolen Property, Escape with Specification, Attempted Burglary, Driving Under the Influence, Drug Abuse, and Theft. Mr. Fields also has a conviction for Contempt of Court and three (3) convictions for Fail to Comply with Court Order. He has prior state supervision revocations, his first term of federal supervision was revoked, and he failed to comply with the conditions of his second term of supervision immediately upon his release. In addition, this officer has already received complaints from a community member in Ohio, that Mr. Fields has sent them text messages threatening harm.

For the reasons noted above, Mr. Fields is considered a danger to the community. Mr. Fields is also considered to be a risk of flight due to his leaving the sentencing district without permission, and his current whereabouts being unknown. It appears there is no condition, or combination of conditions, that would ensure the safety of the public or secure Mr. Fields' appearance in future Court proceedings. Therefore, this officer respectfully recommends the defendant be detained pending a revocation hearing.

**Petitioning the Court to order:**

That a Warrant be issued, and the defendant be ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2022.

Respectfully submitted,

*Amanda Palmiter*  11/02/2022
Amanda J. Palmiter                Date
United States Probation Officer
Knoxville Division

APPROVED:

*CW Covert Jr*  11/02/2022
C.W. Covert, Jr.               Date
Supervising United States Probation Officer

AJP:sw

**ORDER OF COURT:**

A Warrant is to be issued, and the defendant is ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked. This Petition is to be placed under seal until the defendant is arrested or appears in Court.

So ordered.

**ENTER.**

_____
**The Honorable Katherine A. Crytzer
United States District Judge**